IN THE UNITED STATES DISTRICT COURT
                   FOR THE NORTHERN DISTRICT OF ILLINOIS
                              EASTERN DIVISION

UNITED STATES OF AMERICA            )
                                    )
                 Plaintiff,          )
                                    )
          vs.                        ) 18CR 157
                                    ) Judge John Z. Lee
DERRICK WILZ                         )
                                    )
                                    )
                 Defendant,          )


                           MOTION TO WITHDRAW

Now comes WILLIAM O. WALTERS appointed counsel for the Defendant, DERRICK WILTZ, and moves this Honorable Court to enter an order allowing him to withdraw his appearance on behalf of Derrick In support therof William O. Walters states:

    That William O. Walters is retiring from the practice of law and leaving the State of Illinois.

    That withdrawing representation will not impede justice or prejudice the prosecution.

    That Derrick Wiltz is aware of the withdrawal.

    That John Murphy is aware of retirement and withdrawal and is prepared to select substitute counsel upon the Court entering an order of withdrawal by William O. Walters.

                                    1

Wherefore Petitioner William O. Walters  requests that this Honorable Court enter an order allowing William O. Walters to withdraw.

<u>s/WILLIAM O. WALTERS</u>

William O. Walters
Attorney for Derrick Wiltz

William O. Walters
118 S. Elm St.
Mt. Prospect, Illinois 60056
847) 394-8848
walters@trialdefense.biz
Attorney for Derrick Wiltz

# CERTIFICATE OF SERVICE

Was served on May 2, 2018, in accordance with Fed. R. Crim. P.49, Fed. R. Civ. P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

TO: Assistant United States Attorney
    219 S. Dearborn St.
    5th Floor
    Chicago, Illinois 60604

       *William O. Walters*
    William O. Walters attorney for
    Derrick Wiltz

Attorney at Law
118 S. Elm St.
Mt. Prospect, IL  60056
(847) 394-8848